COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Christine E. Reule v. Sherwood Valley 1 Counsel of Homeowners, Inc., George Henry Ramsey, III, Terry A. Frazee and Daniel Goldberg

Appellate case number:     01-17-00593-CV

Trial court case number:   2016-37895

Trial court:               80th District Court of Harris County

This Court's May 1, 2018 Order had ordered the pro se appellant, Christine E. Reule, to provide a mailing address for shipment of the appellate records CD or else pick up the CD from the Clerk of this Court within thirty days of that Order. On May 30, 2018, appellant timely filed a response, providing a P.O. Box mailing address that she will be able to check starting on June 14, 2018, and requesting that this Court set her briefing schedule after that date. In addition to the reporter's records, appellant requests that this Court mail her the clerk's and any supplemental clerk's records in this appeal.

Accordingly, the Court **ORDERS** the Clerk of this Court to mail the September 25, 2017 reporter's record, the August 24, 2017 clerk's record, the September 11, 2017 clerk's record on indigence, and the supplemental clerk's records, filed on October 26, 2017, October 31, 2017, and May 14, 2018, via CD in this appeal to appellant **within 7 days** of this Order, at no cost to appellant. Appellant is **ORDERED** to file her appellate brief no later than **60 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(2).

Furthermore, appellant requests that this Court transfer the reporter's records from her three prior appeals, under appellate cause numbers 01-16-00604-CV, 01-16-00690-CV, and 01-17-00091-CV, into this case and also requests that those records be mailed to her. This Court takes judicial notice of those prior cases filed by appellant as follows: (1) the Clerk of this Court mailed an appellate record CD to the pro se appellant, upon her request, on September 8, 2016, in 01-16-00604-CV, which was an appeal from a July 13, 2016 order, and our mandate issued on January 12, 2017, before the April 27, 2017 judgment on appeal was signed in this case; (2) there were no records filed by the pro se relator in 01-16-00690-CV, which was a petition for a writ of injunction; and (3) appellant was represented by counsel, G.P. Matherne, in both 01-16-00604-CV and 01-

17-00091-CV, and that latter appeal was from a February 1, 2017 judgment under a different trial court cause number 1087952 and different trial court, the County Civil Court at Law No. 3, than the April 27, 2017 judgment involved in this appeal under trial court cause number 2016-37895 from the 80th District Court. *See Douglas v. Am. Title Co.*, 196 S.W.3d 876, 877 n.1 (Tex. App.—Houston [1st Dist.] 2006, no pet.) (citation omitted) ("We may take judicial notice of our own records involving the same parties and subject matter."). Thus, to the extent that appellant's response is construed as a motion to transfer the reporter's records from her three prior appeals into this case and to mail her those reporter's records, that motion is **denied** because those prior appeals arise from different orders or from a different trial court cause number and trial court than the ones involved in this appeal.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
☑ Acting individually     ☐ Acting for the Court

Date: June 12, 2018